Robert A. Anderson, ISB No. 2124
Mark D. Sebastian, ISB No. 6012
ANDERSON, JULIAN & HULL LLP
C. W. Moore Plaza
250 South Fifth Street, Suite 700
Post Office Box 7426
Boise, Idaho 83707-7426
Telephone:   (208) 344-5800
Facsimile:   (208) 344-5510
E-Mail: raanderson@ajhlaw.com

Attorneys for Defendant Safeco Ins. Co. of
        Illinois

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **BARBARA BOSTOCK,**<br><br>               Plaintiff,<br><br>vs.<br><br>**AURORA LOAN SERVICES, LLC, SAFECO INSURANCE CO. OF ILLINOIS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,** and **JOHN or JANE DOES 1 - 10,**<br><br>               Defendants. | Case No:<br><br>Blaine County Case No. CV 2014-102<br><br>**NOTICE OF REMOVAL**<br><br>Filing Fee: $400.00 |

REMOVAL FROM STATE DISTRICT COURT TO U.S. DISTRICT COURT

TO:   PLAINTIFF and THE CLERK OF THE ABOVE-ENTITLED COURT:

NOTICE OF REMOVAL - 1

the State of Idaho, in and for the County of Blaine, to the United States District Court for the District of Idaho, based on the following grounds:

FIRST:  That Safeco Insurance Company of Illinois (hereinafter, "Safeco") is a Defendant in Civil Case No. CV-2014-102 brought against it in the District Court of the Fifth Judicial District of the State of Idaho, in and for the County of Blaine, entitled *Barbara Bostock*, Plaintiffs vs. *Aurora Loan Services, Llc, Safeco Insurance Co. Of Illinois, Mortgage Electronic Registration Systems, Inc., and John or Jane Does 1 - 10*, Defendants.  A copy of the Summons and Complaint in that action is attached hereto and constitutes all process, pleadings and orders served upon Defendant Safeco in such action.

SECOND:  That the aforesaid action was commenced by service of process consisting of a Summons and Complaint upon the Defendant Safeco on the 11th day of July, 2013 (by service upon the Director of Insurance of the State of Idaho).

THIRD:  That the Plaintiff in the above-entitled action states that she "is a permanent resident of California and have been for years." **Complaint**, Attachment. At the time of the filing and service of said Summons and Complaint, Defendant Safeco was and is a foreign corporation with its principle place of business in Massachusetts. **Aff. of Counsel in Support of Removal, Ex. A.** Defendant Aurora Loan Services, LLC, was and is a foreign limited liability company with its principle place of business in Colorado. **Aff. of Counsel in Support of Removal,** Ex. B. Defendant Mortgage Electronic Registration Systems, Inc. was a Delaware corporation. **Aff. of Counsel in Support of Removal,** Ex. C. Thus, the controversy herein between the Plaintiff and the Defendants is a controversy between citizens of different states.

FOURTH: That the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. Specifically, as set forth in Plaintiff's Complaint and attachment thereto, Plaintiff alleges that she suffered damage to her home, with repair costs of $130,000 to $150,000, and that she sold her home at a loss of $745,000. *See* **Aff. of Counsel in Support of Removal**, Ex. B (Plaintiff alleged a value of $1,895,000 and contends she sold the home for $1,150,000).

FIFTH: That this is a civil action brought in a State Court of which the United States District Courts have original jurisdiction because of diversity of citizenship, and the Defendants are not citizens of the State of Idaho, wherein the action was brought, and the amount in controversy exceeds $75,000 giving rise to jurisdiction in the federal district court pursuant to 28 U.S.C. § 1332.

WHEREFORE, Defendant Safeco prays that this cause proceed in the United States District Court for the District of Idaho as an action properly removed thereto.

DATED this 11th day of August, 2014.

ANDERSON, JULIAN & HULL LLP

By_____
Mark D. Sebastian, Of the Firm
Attorneys for Defendant Safeco Insurance Company of Illinois

NOTICE OF REMOVAL - 3

CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this \_\_\_\_day of August, 2014, I served a true and correct copy of the foregoing NOTICE OF REMOVAL by delivering the same to each of the following attorneys of record or parties, by the method indicated below, addressed as follows:

Barbara Bostock
P.O. Box 2738
Sun Valley, Idaho 83353
Phone: (310) 980-4967
*Plaintiff Pro Se*

☒ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☐ CM/ECF

Kenneth C. Howell
HAWLEY, TROXELL, ENNIS & HAWLEY LLP
P.O. Box 1617
Boise, Idaho 83701-1617
Phone: (208) 344-6000
Fax:   (208) 954-5226
Email: khowell@hawleytroxell.com
*Attorneys for Defendants Aurora Loan Services, Inc. and Mortgage Electronic Registration Systems, Inc.*

☐ U.S. Mail, postage prepaid
☐ Hand-Delivered
☐ Overnight Mail
☐ Facsimile
☐ E-Mail
☒ CM/ECF

_____
Mark D. Sebastian

NOTICE OF REMOVAL - 4