FILED A.M. ___ P.M. ___
FEB 07 2014
JoLynn Drage, Clerk District Court Blaine County, Idaho

**BARBARA BOSTOCK**
Full Name of Party Filing Document

**PO BOX 2738**
Mailing Address (Street or Post Office Box)

**SUN VALLEY, IDAHO 83353**
City, State and Zip Code

310-463-4114  (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)
Telephone

IN THE DISTRICT COURT FOR THE __FIFTH__ JUDICIAL DISTRICT
FOR THE STATE OF IDAHO, IN AND FOR THE COUNTY OF __BLAINE__

**BARBARA BOSTOCK**,
    Plaintiff,
vs.

**AURORA LOAN SERVICES, LLD**,
**SAFECO INSURANCE CO OF ILLINOIS**,
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC**,

INCLUDED ARE JOHN OR JANE DOES 1 THROUGH 10, UNKNOWN TO ME AT THIS TIME, WHO MIGHT HAVBE BEEN INVOLVED IN THIS ,
    Defendant.

Case No. CV 2014-102

**COMPLAINT**

I am now a 79-year-old woman. Owned my home for 27 years. Worked hard since a teenager. November, 2008, my mother who lives in west palm beach, Florida, fell and broke her hip at age 90. I left Idaho to go to Florida to take my mother to surgery, hospital stay and rehab. At that time, my thoughts were only on caring for my mother. This is why I missed January and February payments, 2009, on my Idaho home. February 14, I returned to sun valley and found my home

ACKNOWLEDGEMENT OF SERVICE                                       PAGE 1
CAO Cv 2-1x  2/12/2008

with two broken water pipes. The flooding had caused major damage, floors, ceilings, walls, etc. Repair costs $130,000 to $150,000, for which I have paperwork. Safeco was my insurance company. Said Aurora was covered but I wasn't. They would not pay any money except to Aurora. I paid the insurance. I had funds help repair the house in time for a summer rental. I lost coverage for myself and personal belongings.

February 17, 2009, the Aurora statement was for $13,795.63. Two months mortgage payments at $3,625 equals $7,250. I had no idea how they calculated $13,795.63. I was willing to pay $13,000 just to get back on track. They would not take it. I since found this is called FREEZING an account and dragging you into foreclosure.

At the time I was talking to Ernst & Young Kenneth Leventhal. Aurora at first said I could pay the $13,000. But that day or so later, they said no.

At some point, Aurora also told me that I was in foreclosure, default and there was nothing I could do to get anything done. They refused. It was only two months, and I could not rectify anything. It went to final judgment, because they kept trying to do sales on my house. During this time, I am working every day with the crews to repair my home. There were calls to Aurora every day. I had scheduled a rental which had paid for a deposit a year in advance and was trying to meet that commitment.

I had multiple foreclosure sales that were called and then cancelled. Not once did they allow me to get back on track.

I listed the home with a broker. Finally, on December 10, 2010, I sold it. I did not want to lose it, but they would not stop. I sold the house under duress for less than its value. I decided that I could not do this anymore. It had been a year of trying to work with them, and they allowed me to make four payments at the very end, knowing that this was not permanent. They told me that. I was a permanent resident of Idaho. I had three law firms during this time trying to deal with all of this. Looking at MERS Board of Governors said I had been damaged.

I've had good credit all my life, earning my own money from a very young age, always working hard. This happened to be my sixth property in my lifetime. As I mentioned earlier, 27 years I'd owned the home. My credit is now ruined. MY HOME WAS NEVER UPSIDE DOWN. MERS was the one who was on the defaults.

My rental income in the ski season is gone.

My retirement income is gone.

I have no funds to help care for my 96-year-old mother.

My health has suffered tremendously from the last six years of stress due to the actions of Aurora.

They refused to let me make up two months of mortgage payments in arrears, freezing the account.

I believe they wanted my home. They could have doubled their money had they foreclosed and sold it.

I kept fighting to stop this.

When I sold it, they were paid in full.

Date: 2-7-2014

Signature: *Barbara Bostock*

STATE OF IDAHO       )
                     ) ss.
County of Blaine     )

On this 7th day of February, before me, the undersigned, a Notary Public in and for the State, personally appeared Barbara Bostock, known or identified to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that s/he executed the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal on the date last above written.

*[Notary seal: DAN COLE, NOTARY PUBLIC, STATE OF IDAHO]*

Notary Public for Idaho
Residing at Lincoln County
Commission expires Dec 28, 2016

ACKNOWLEDGEMENT OF SERVICE                                            PAGE 3
CAO Cv 2-1x 2/12/2008

## BARBARA BOSTOCK V. AURORA LOAN SERVICES
### Loan #0036540045
### 106 Elkhorn Road
### Sun Valley, Idaho 83353

FACTS:

November of 2008. My mother, who lived in West Palm Beach, Florida, fell and broke her hip at age 90. I went to Florida from Idaho to take her through hospital rehab. My thoughts were only on her at that time. This is when I missed the January and February, 2009, mortgage payments on the Idaho home.

February 9, 2009. I returned to Sun Valley and found my home with two broken water pipes. The flooding had caused major damage. Floors, ceiling, walls etc.

Repair costs $130,000-150,000, for which I have the paper work.

Safeco was my insurance company. They stalled on the claim and would not pay any money except to Aurora. I had some funds and used them to repair the house in time for the summer rental.

February 17, 2009. The Aurora statement was for $13,795.63  Two (2) months mortgage payments @ $3,625 equals $7,250. They were also claiming that I had not paid December 2008 but all of 2008 had been paid and I have proof of that in the form of statements and cancelled checks. I do not nor did I ever understand how they calculated $13, 795.63.

I was advised to make the payment by my lawyer. Aurora at first said that I could pay the $13,795.63 but a day or so later, or perhaps the same day, they said no I could not make such a payment. Aurora has 2000 employees. I could not find anyone to talk to. I have since learned from a banking source friend of mine that the account had been "frozen", which means nothing could be done with it. At some point Aurora also told me that I was "in foreclosure." Because I was told I could not reinstate the mortgage by paying the full amount claimed, I did not send a check as it seemed a useless thing to do. I never made any additional payments to Aurora until I was finally able to sell the house.

A foreclosure was filed. It went to final judgment. Several sale dates were set by the bank and then cancelled by them, but I do not know why.

During this time I am working every day with a crew to repair my home and I was making one or more calls to Aurora per day. All insurance money was paid to Aurora. I kept trying to find a way to get them to take my money to reinstate the mortgage. They would not.

I listed the home with a broker. Finally, on February 10, 2010, I sold my home. I did not want to lose it but they would not stop. As you know, they have damaged so many people.

I am a 78 year old woman having owned my home for twenty-five years.
I am a permanent resident of California and have been for years.
I had good credit all of my life, earning my own money from a very young age by always working hard.
My credit is now ruined.
My rental income is gone in the ski season.

My retirement income is gone.

I have no funds to care for my 95 year old mother.

My health has suffered tremendously from five (5) years of stress due to the actions of Aurora.

They refused to let me make up two months mortgage payments in arrears. They would not take my money. They closed the door. I believe that they wanted my home

I kept fighting to stop this, to save my home. They knew that they could double their money by taking it and that is why I finally sold it while foreclosure proceedings were pending. For a year, I had gotten no where. So I decided to sell. How could anyone live under such stress.

I sold the home under duress for less than its value. It was on the market for about on half year. At the recommendation of the broker, the listing price was $1,895,000 and I finally sold it for $1,150,000 and paid off the balance of $750,000 on the mortgage, plus lots of extra costs which are in the paper work which I have in California.

State of Idaho
## DEPARTMENT OF INSURANCE

**C.L. "BUTCH" OTTER**
Governor

700 West State Street, 3rd Floor
P.O. Box 83720
Boise, Idaho 83720-0043
Phone (208) 334-4250   Fax (208) 334-4298
http://www.doi.idaho.gov

**WILLIAM W. DEAL**
Director

**To:** SAFECO INSURANCE COMPANY OF ILLINOIS
% CORPORATION SERVICE COMPANY
12550 W. EXPLORER DRIVE - SUITE 100
BOISE ID 83713

**CC:** Plaintiff (w/o Enclosures) via First Class Mail

**From:** Idaho Department of Insurance

**Date:** 7/11/2014

**Re:** NOTICE OF SUMMONS AND COMPLAINT OF THE FIFTH JUDICIAL DISTRICT OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF BLAINE CASE NO. CV 2014-102.

### BOSTOCK v SAFECO INSURANCE COMPANY OF ILLINOIS

YOU WILL PLEASE TAKE NOTICE that a due and regular service of a SUMMONS AND COMPLAINT, in connection with the above-entitled action, was made upon you by US MAIL on the ELEVENTH day of JULY, 2014, by delivering in Boise, Idaho, on the said date to the Director of the Department of Insurance, State of Idaho, who is the duly and regularly appointed Statutory Agent. A copy of each instrument is enclosed herewith to you as provided by law.

IN WITNESS WHEREOF, I have hereunto set my hand and the official seal of this office at Boise, Idaho, this ELEVENTH day of JULY, 2014.

_____/TJ
William W. Deal
DIRECTOR
Department of Insurance
State of Idaho

Cert Num. 7013 2250 0002 0431 1063