UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| BARBARA BOSTOCK, | Case No. 1:14-cv-00329-BLW |
|---|---|
| Plaintiff, | MEMORANDUM DECISION AND ORDER |
| v. | |
| AURORA LOAN SERVICES, LLC; SAFECO INSURANCE CO. OF ILLINOIS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and JOHN or JANE DOES 1 THROUGH 10, | |
| Defendants. | |

Pending before the Court is Defendant Safeco Insurance Co. of Illinois' Motion to Seal Docket 41-3 and 41-4 (Dkt. 48). Safeco explains that it inadvertently included some of plaintiff's personal information when it filed these documents with the Court. Safeco therefore asks the Court to seal these documents. Good cause appearing, the Court will grant the request, but will also direct Safeco to refile redacted versions of these documents with the Court.

According,

**IT IS ORDERED THAT:**

(1) Safeco's Motion to Seal (Dkt. 48) is GRANTED.

(2) The Clerk is directed to seal the documents filed at Dockets 41-3 and 41-4.

(3) Safeco is directed to re-file redacted versions of these documents. Safeco shall work with the Clerk's office in an effort to link the redacted filings with the previously filed documents.

DATED: May 24, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court