UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA BOSTOCK,<br><br>  Plaintiff,<br><br>  v.<br><br>AURORA LOAN SERVICES, LLC, SAFECO INSURANCE CO. OF ILLINOIS, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., and JOHN AND JANE DOES 1-10,<br><br>  Defendants. | Case No. 1:14-cv-00329-BLW<br><br>JUDGMENT |

  In accordance with the Memorandum Decision and Order entered concurrently, and in accordance with Federal Rule of Civil Procedure Rule 58(a),

  IT IS ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of all defendants and that this action be dismissed in its entirety.

**MEMORANDUM DECISION AND ORDER - 1**

DATED: July 28, 2017



B. Lynn Winmill
Chief Judge
United States District Court